Dismissed and Memorandum Opinion filed July 28, 2005









Dismissed and Memorandum Opinion filed July 28, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00669-CR

NO. 14-05-00685-CR

____________

 

MARIO MADRIGAL, JR.,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

 Harris County, Texas

Trial Court Cause Nos. 992,168
& 992,169

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to violation of a protective
order (cause number 992,168) and burglary of a habitation (cause number
992,169).  In accordance with the terms
of plea bargain agreements with the State, the trial court sentenced appellant
on February 8, 2005, to confinement for four years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 28, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).